AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[(1)] | DATE<br>10/31/2007 @ 11:10 a.m. |
| NAME OF SERVER *(PRINT)*<br>**Timothy C. Bennett** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]   Served personally upon the defendant by serving **Georgia Oxford, government employee, c/o Insurance Commissioner, 841 SilverLake Boulevard, Dover, DE 19901**

**30, F, W, 5'9", 150 pounds, bonde hair, no glasses**

[ ]   Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]   Returned unexecuted:

[ ]   Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **11/1/2007**
                Date

*Timothy C Bennett* (signature)

Timothy C. Bennett

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

**SUMMONS IN A CIVIL CASE**

GENEYNE HART,
on behalf of herself and all
others similarly situated,

    Plaintiff,

CASE NUMBER: 0 7 - 6 7 8

    V.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

TO:   Nationwide Mutual Fire Insurance Company
      c/o Matthew Denn
      Insurance Commissioner & Department of Insurance
      841 Silver Lake Blvd.
      Dover, DE 19904

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Christopher P. Simon (No. 3697)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO

10/29/07

CLERK                        DATE

(BY) DEPUTY CLERK