## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated, | ) ) ) ) | C.A. No. 07-678 (JJF) |
| Plaintiffs, | ) ) | NON-ARBITRATION |
| v. | ) ) ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | CLASS ACTION |
| Defendant. | ) | |

### STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, subject to approval by the Court, that the deadline for Defendant to file a response to the Complaint shall be extended from November 26, 2007 to December 27, 2007.

**CROSS & SIMON, LLC**

/s/ CPS
_____
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
csimon@crosslaw.com

Attorney for Plaintiffs

*SHELSBY & LEONI*

_____
Robert J. Leoni, Esquire  (No. 2888)
221 Main Street
Stanton, DE 19804
302 995 6210
302 995 6121(fax)
rleoni@mslde.com

Attorney for Defendant,
Nationwide Mutual Fire Insurance Company


IT IS SO ORDERED this _____ day of _____, 2007.


_____
The Honorable Joseph J. Farnan