IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 07-678-JJF<br><br>CLASS ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward K. Cottrell to represent the Defendant, Nationwide Mutual Fire Insurance Company in this matter.

DATED: January __14th__, 2008.

                                                 **SHELSBY & LEONI**

                                                 _s/ Robert J. Leoni_
                                                 Robert J. Leoni, Esquire (No. 2888)
                                                 221 Main Street
                                                 Stanton, DE 19804
                                                 Telephone: (302) 995-6210
                                                 Facsimile: (302) 995-6121
                                                 Email: rleoni@mslde.com

                                                 Attorney for Defendant, Nationwide
                                                 Mutual Fire Insurance Company

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of The Florida Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Date: January 10, 2008

_____
Edward K. Cottrell
Florida Bar No. 013579
Fowler White Boggs Banker P.A.
50 North Laura Street, Suite 2200
Jacksonville, FL 32202
Telephone: 904/ 598-3100
Facsimile: 904/ 598-3131
E-Mail: ecottrell@fowlerwhite.com

## CERTIFICATE OF SERVICE

I hereby certify that on January __14th__ , 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard H. Cross, Jr., Esq.
Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200

                                                    s/Robert J. Leoni
                                                         Attorney