IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 07-678-JJF<br><br>CLASS ACTION |

## NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendant, Nationwide Mutual Fire Insurance Company, certifies that on April 14, 2008, Defendant's Rule 26(a)(1) Initial Disclosures were served pursuant to D.Del. LR 5.4(b) by first class mail on the following:

Richard H. Cross, Jr., Esq.
Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

SHELSBY & LEONI

s/ Robert J. Leoni
Robert J. Leoni, Esquire (No. 2888)
221 Main Street
Stanton, DE 19804
Telephone: (302) 995-6210
Facsimile: (302) 995-6121
Email: rleoni@mslde.com

and

-2-

Edward K. Cottrell
Florida Bar No. 013579
Fowler White Boggs Banker P.A.
50 North Laura Street, Suite 2200
Jacksonville, FL 32202
Telephone: 904/ 598-3100
Facsimile: 904/ 598-3131
E-Mail: ecottrell@fowlerwhite.com