IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| GENEYNE HART,<br>on behalf of herself and all<br>others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:07-cv-00678-JJF<br><br>NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |

## NOTICE OF SERVICE

    I, Kevin S. Mann, hereby certify that on this 25th day of April, 2008, a true and correct copy of the *(I) Plaintiff's First Set of Document Requests Directed to Defendant and (II) Plaintiff's First Set of Interrogatories Directed to Defendant* was served on the following counsel of record in the manner indicated:

**BY FIRST CLASS MAIL**
Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**BY FIRST CLASS MAIL**
Edward K. Cottrell, Esquire
Fowler White Boggs Banker, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, FL 32202

Dated: April 25, 2008
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that on this 25th day of April 2008, a true and correct copy of the foregoing *Notice of Service of (I) Plaintiff's First Set of Document Requests Directed to Defendant and (II) Plaintiff's First Set of Interrogatories Directed to Defendant* was served on the following counsel of record in the manner indicated:

**BY FIRST CLASS MAIL**
Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**BY FIRST CLASS MAIL**
Edward K. Cottrell, Esquire
Fowler White Boggs Banker, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, FL 32202

_____
Kevin S. Mann (No. 4576)