IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 07-678-JJF<br>)<br>)  CLASS ACTION<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 14th day of July, 2008, the undersigned counsel caused a copy of the Defendant's Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Set of Document Requests to be served by first class mail, postage prepaid, to:

    Richard H. Cross, Jr., Esq.
    Christopher P. Simon, Esq.
    Kevin S. Mann, Esq.
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    Telephone: (302) 777-4200

    **SHELSBY & LEONI**

    */s/ Robert J. Leoni*
    Robert J. Leoni, Esquire (No. 2888)
    221 Main Street
    Stanton, DE 19804
    Telephone: (302) 995-6210
    Facsimile: (302) 995-6121
    Email: rleoni@mslde.com