IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| GENEYNE HART,<br>on behalf of herself and all<br>others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:07-cv-00678-JJF<br><br>NON-ARBITRATION<br><br>TRIAL-BY JURY DEMANDED<br><br>CLASS ACTION |

## NOTICE OF SERVICE

I, Richard H. Cross, Jr., hereby certify that on this 21st day of July, ,2008, I caused to be served a true and correct copy of the *Plaintiff's Second Set of Document Requests Directed to Defendant* by having the following counsel of record served in the manner indicated:

**BY FIRST CLASS MAIL**
Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**BY FIRST CLASS MAIL**
Edward K. Cottrell, Esquire
Fowler White Boggs Banker, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, FL 32202


Dated: July 21, 2008
　　　　Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Richard H. Cross, Jr.
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard H. Cross, Jr., hereby certify that on this 21st day of July, 2008, I caused to be served a true and correct copy of the *Notice of Service of Plaintiff's Second Set of Document Requests Directed to Defendant* by having the following counsel of record served in the manner indicated:

**BY FIRST CLASS MAIL**
Robert J. Leoni, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**BY FIRST CLASS MAIL**
Edward K. Cottrell, Esquire
Fowler White Boggs Banker, P.A.
50 N. Laura Street, Suite 2200
Jacksonville, FL 32202

_____
Richard H. Cross, Jr. (No. 3576)