IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 07-678-JJF<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of August, 2008, the undersigned counsel caused Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Request for Production of Documents to Plaintiff to be served by facsimile and first class mail, postage prepaid, to:

    Richard H. Cross, Jr., Esq.
    Christopher P. Simon, Esq.
    Kevin S. Mann, Esq.
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    Telephone: (302) 777-4200

    **SHELSBY & LEONI**

    */s/Robert J. Leoni*
    Robert J. Leoni, Esquire (No. 2888)
    221 Main Street
    Stanton, DE 19804
    Telephone: (302) 995-6210
    Facsimile: (302) 995-6121
    Email: rleoni@mslde.com