IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated, Plaintiff, ) ) ) ) | |
| vs. ) | CIVIL ACTION NO.: 07-678-JJF |
| ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Defendant. ) ) ) ) ) | CLASS ACTION |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 25th day of August, 2008, the undersigned counsel caused a copy of the Defendant's Answers to Plaintiff's Second Set of Document Requests to be served by first class mail, postage prepaid, to:

> Richard H. Cross, Jr., Esq.
> Christopher P. Simon, Esq.
> Kevin S. Mann, Esq.
> 913 North Market Street, 11th Floor
> P.O. Box 1380
> Wilmington, Delaware 19899-1380
> Telephone: (302) 777-4200

**SHELSBY & LEONI**

*/s/ Robert J. Leoni*
Robert J. Leoni, Esquire (No. 2888)
221 Main Street
Stanton, DE 19804
Telephone: (302) 995-6210
Facsimile: (302) 995-6121
Email: rleoni@msldc.com