IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENEYNE HART, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 07-678-JJF<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 6th day of August, 2008, the undersigned counsel caused a copy of the Defendant's Supplemental Response to Interrogatory Number 12 of Plaintiff's First Set of Interrogatories, to be served by first class mail, postage prepaid, to:

Richard H. Cross, Jr., Esq.
Christopher P. Simon, Esq.
Kevin S. Mann, Esq.
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200

**SHELSBY & LEONI**

*/s/ Robert J. Leoni*
Robert J. Leoni, Esquire (No. 2888)
221 Main Street
Stanton, DE 19804
Telephone: (302) 995-6210
Facsimile: (302) 995-6121
Email: rleoni@mslde.com